# SENTENCE LENGTH IN SELECTED PRIMARY SENTENCING GUIDELINES[1]
## Fiscal Years: 2006-2014
### Circuit: 8th Circuit

| PRIMARY SENTENCING GUIDELINE | Mean Months | Median Months | N |
| --- | ---: | ---: | ---: |
| TOTAL | 63 | 37 | 44,267 |
| §2A1.1 | 391 | 470 | 67 |
| §2A2.2 | 44 | 33 | 645 |
| §2A3.1 | 163 | 120 | 282 |
| §2A3.5 | 21 | 18 | 407 |
| §2A4.1 | 182 | 151 | 39 |
| §2A6.1 | 36 | 24 | 149 |
| §2B1.1 | 17 | 8 | 5,863 |
| §2B3.1 | 107 | 78 | 878 |
| §2B5.1 | 14 | 12 | 359 |
| §2B5.3 | 11 | 5 | 101 |
| §2C1.1 | 17 | 12 | 68 |
| §2D1.1 | 92 | 70 | 16,205 |
| §2D1.2 | 144 | 120 | 408 |
| §2D1.11 | 54 | 48 | 760 |
| §2D2.1 | 4 | 0 | 107 |
| §2G1.3 | 117 | 120 | 229 |
| §2G2.1 | 349 | 293 | 298 |
| §2G2.2 | 94 | 72 | 1,487 |
| §2J1.2 | 17 | 12 | 95 |
| §2K2.1 | 59 | 40 | 6,244 |
| §2L1.1 | 12 | 12 | 219 |
| §2L1.2 | 18 | 10 | 3,810 |
| §2L2.1 | 15 | 12 | 202 |
| §2L2.2 | 5 | 4 | 1,410 |
| §2P1.1 | 15 | 12 | 248 |
| §2Q2.1 | 2 | 0 | 152 |
| §2S1.1 | 83 | 57 | 618 |
| §2S1.3 | 9 | 5 | 80 |
| §2T1.1 | 16 | 12 | 286 |
| §2T1.4 | 26 | 18 | 63 |
| §2X4.1 | 9 | 6 | 265 |
| §2X5.2 | 2 | 0 | 83 |
| **Other Primary Sentencing Guidelines** | 37 | 16 | 2,140 |

[1] Of the 45,016 cases, 749 were excluded due to one or both of the following reasons: missing guideline applied (737) or missing or indeterminable sentencing information (13). Sentences of probation only are included in this table as zero months of imprisonment. In addition, the information presented in this table includes time of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: This was produced using the U.S. Sentencing Commission's Interactive Sourcebook (isb.ussc.gov) using the Commission's fiscal year 2006-2014 Datafiles, USSCFY2006-USSCFY2014.